UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA BOVO, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATIONS, <br><br> Defendant. | CASE NO. 2:25-cv-00627-LK <br><br> ORDER DISMISSING CASE |

    This matter comes before the Court sua sponte. Plaintiff Angela Bovo filed a Proposed Complaint for Violation of Civil Rights before this Court on March 31, 2025. Dkt. No. 1. On April 8, 2025, the Clerk of Court directed Ms. Bovo to correct a number of filing deficiencies. Dkt. No. 4. In particular, the letter noted that Ms. Bovo had failed to either pay the requisite filing fee of $405.00 or submit an application to proceed in forma pauperis ("IFP"). *Id.* at 1. The Clerk of Court warned Ms. Bovo that failure to correct this deficiency by May 8, 2025 could result in the dismissal of her case. *Id.* The Clerk's notice was sent to Ms. Bovo's address on file, *compare id. with* Dkt. No. 1 at 1, but returned as undeliverable, Dkt. No. 5.

ORDER DISMISSING CASE - 1

|   |   |
|---|---|
| 1 | To date, Ms. Bovo has neither paid the filing fee nor filed an IFP application. "A party |
| 2 | must pay the Civil Filing Fee when it files . . . any civil action except for proceedings in forma |
| 3 | pauperis under LCR 3(c) or as otherwise exempted by law." LCR 3(b); *see also* 28 U.S.C. |
| 4 | § 1914(a). An action may proceed without the immediate payment of a filing fee only for parties |
| 5 | proceeding IFP. *See* 28 U.S.C. § 1915. Absent IFP status, however, failure to pay the filing fee |
| 6 | results in dismissal without prejudice. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995); |
| 7 | *see also, e.g.*, *Tudor v. Biden*, 2:24-CV-1150-JNW, 2025 WL 1208257, at *1 (W.D. Wash. Apr. |
| 8 | 25, 2025). The Court accordingly DISMISSES Ms. Bovo's complaint without prejudice. Dkt. No. |
| 9 | 1. The Clerk is directed to close this case. |

Dated this 12th day of August, 2025.

*[signature: Lauren King]*

Lauren King
United States District Judge

ORDER DISMISSING CASE - 2